PAUL J. FISHMAN
United States Attorney
LEAH A. BYNON
Assistant U.S. Attorney
970 Broad Street, Room 700
Newark, NJ  07102
Tel. 973-645-2807
Fax 973-645-3210
email: Leah.Bynon@usdoj.gov
LAB0321
(FLU:VC)

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        *Plaintiff,*<br>v.<br><br>**ROCQUAN KHALIF RUTLEDGE,**<br><br>        *Defendant,*<br>and<br><br>**AMERICAN REDI-MIX CONCRETE COMPANY,**<br>**and its successors or assigns,**<br><br>        *Garnishee.* | HON. DICKENSON R. DEBEVOISE<br><br>Criminal No. 09-143-01<br><br>**CONSENT**<br>**GARNISHEE ORDER** |

  WHEREAS, judgment was entered on the 4TH day of October 2006 in the above action in the United States District Court, District of New Jersey, between the United States of America, plaintiff, and Lynette Salter, defendant, for the sum of $4,200.00. The sum of $3,625.00 is now actually due thereon; it is hereby

  AGREED that defendant, Rocquan Khalif Rutledge consents to the following: American Redi-Mix Concrete Company, garnishee, shall pay $100.00 of defendant's net weekly wages to

plaintiff and continue said payments until the debt to the plaintiff is paid in full or until the garnishee no longer has custody, possession or control of any property belonging to the debtor or until further Order of this Court.

_____
ROCQUAN KHALIF RUTLEDGE
Defendant

By: _____
LEAH A. BYNON
Assistant U.S. Attorney

IT IS SO ORDERED this 9th day of November, 2009.

_____
HON. DICKENSON R. DEBEVOISE
UNITED STATES DISTRICT COURT